John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
CHARLES L. VERMILLION &
NORMA J. VERMILLION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHARLES L. VERMILLION and NORMA J. VERMILLION, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> GMAC MORTGAGE USA CORPORATION, a Delaware Corporation, ETS SERVICES, LLC, a Delaware Limited Liability Company, and DOES 1 – 10; <br><br> Defendants. | Case No.:  1:09-cv-01071-OWW-SMS <br><br> **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs CHARLES L.

VERMILLION and NORMA J. VERMILLION have filed and served on all

parties a Notice of Voluntarily Dismissal Without Prejudice.

/ / /

-1-

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

PDF created with pdfFactory trial version www.pdffactory.com

1   / / /

2
       IT IS ORDERED that the above-captioned action, *Vermillion v. GMAC*
3

4   *Mortgage USA Corporation; & ETS Services, LLC,* Case Number 1:09-cv-01071-

5
    OWW-SMS, be, and hereby is, dismissed without prejudice.
6

7

8   Dated:__January 20, 2010                    /s/ OLIVER W. WANGER_____

9                                               United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

PDF created with pdfFactory trial version www.pdffactory.com